377

BEFORE THE SECOND DIVISION, AUGUST 17, 1938

No. 39227.—Protests 180054–G, etc., of Bernard, Judae & Co. et al. (New York).

Opinion by TILSON, J. Articles in chief value of artificial silk similar to the merchandise involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39228.—Protest 59435–G of Fredk. Loeser & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items are in chief value of cellulose filaments similar to the merchandise involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39229.—Protests 213176–G, etc., of A & H Veith et al. (New York).

Opinion by TILSON, J. The record showed that certain items are in chief value of cellulose filaments similar to the merchandise involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39230.—Protests 789358–G, etc., of Romanes & Paterson et al. (Boston).

Opinion by TILSON, J. Outerwear in chief value of wool similar to that involved in Abstract 36548 was held dutiable under paragraph 1114 as claimed.

No. 39231.—Protest 938106–G of Jordan Marsh Co. (Boston).

Opinion by TILSON, J. It was found that the merchandise was imported after the effective date of the trade agreement in question. The claim at 65 percent under paragraph 1529 was therefore sustained.

BEFORE THE SECOND DIVISION, AUGUST 19, 1938

No. 39232.—Protests 301828–G, etc., of Allied Linen Industries (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 30983 the table damask in question was held dutiable at 40 percent under paragraph 1013, and towels, sheets, and napkins in chief value of flax were held dutiable at 40 percent under paragraph 1014.